**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTORIA CHRISTOPHER, | No.  1:25-cv-00566 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| MOTZ, *et al.*, | (Doc. 15) |
| Defendants. | |

Victoria Christopher is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 8, 2026, the magistrate judge issued findings and recommendations that recommended this action be dismissed, without leave to amend, for failure to state a cognizable claim upon which relief may be granted.  (Doc. 15.)  The Court served the findings and recommendations on Plaintiff and informed her that any objections were due in 14 days.  (*Id.*)  The Court also warned that failure to file timely objections may result in  the waiver of the "right to challenge the magistrate's factual findings" on appeal.  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834 838-39 (9th Cir 2014).)  Plaintiff did not file objections and the time in which to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  Thus, the Court ORDERS:

1

1. The findings and recommendations issued on April 8, 2026, (Doc. 15), are **ADOPTED**.

2. This action is **DISMISSED**, without leave to amend, for failure to state a cognizable claim upon which relief may granted.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 11, 2026**

_____
UNITED STATES DISTRICT JUDGE